IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES IRA CONEY, PLANTATION | ) | CIVIL ACTION FILE |
| SWEETS, INC., NARCISO O. PEREZ, | ) | NO.: 6:15-CV-00095-JRH- |
| PEREZ FORESTRY, LLC, AND | ) | GRS |
| ROBBIE LOVETT | ) | |
| | ) | |
| Defendants. | ) | |

## OBJECTION TO PETITION FOR DECLARATORY JUDGMENT

COME NOW James Ira Coney, Defendant, and hereby objects to Plaintiff's Petition for Declaratory Judgment on the grounds that it is not signed as required by Fed. R. C. P. 11(a), Local Rule 5.5., or the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means of the United States District Court for the Southern District of Georgia.

This 26th day of August, 2015.

**s/ Jerry A. Lumley, Esq.**
Attorney Bar Number: 460866
Attorney for Defendant Coney
Lumley & Harper, LLC
6030 Lakeside Commons Drive
Macon, Georgia 31210
Telephone: (478) 471-1776
Facsimile: (478) 757-0675
E-Mail: jerrylumley@att.net

1

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties via U.S. Mail, First Class, Postage Prepaid at the following addresses of record:

Melissa L. Bailey
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE
Suite 3600
Atlanta, GA 30303

Plantation Sweets, Inc.
c/o Glen A. Cheney
100 Memorial Drive
Reidsville, Georgia 30453

Narciso O. Perez
101 Ash Avenue
Huttig, Arkansas 71747

Robbie Lovett
1121 Bucksnort Road
Metter, Georgia 30439

Perez Forestry, LLC
c/o Maria Perez
101 Ash Avenue
Huttig, Arkansas 71747

This 26th day of August, 2015.

**s/ Jerry A. Lumley, Esq.**
Attorney Bar Number: 460866
Attorney for Defendant Coney
Lumley & Harper, LLC
6030 Lakeside Commons Drive
Macon, Georgia 31210
Telephone: (478) 471-1776
Facsimile: (478) 757-0675
E-Mail: jerrylumley@att.net