## UNITED SATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

**Allstate Insurance Company,**

Plaintiff(s),

v.

**James Ira Coney, Plantation Sweets, Inc., Narciso O Perez, Perez Forestry, LLC, and Robbie Lovett,**

Defendant(s).

CIVIL ACTION
FILE NO. CV615-095

## AFFIDAVIT OF SERVICE

I, **Robert Triplett**, a private process server, after being duly sworn on oath deposes and states that he/she has been appointed by this court per attached Order (when applicable), that he/she is a citizen of the United States, over the age of eighteen (18), and has no interest in the above styled case, is not related to a party involved in the above styled case, and is not a convicted felon. Service of process was perfected according to the following details:

| | |
|---|---|
| SUBJECT NAME | Plantation Sweets c/o R/A Glen A Cheney, PC |
| SERVED UPON | Shelby M Thompson, Legal Assistant |
| SERVICE ADDRESS | 100 Memorial Dr<br>Reidsville, GA 30453 |
| DATE / TIME SERVED | 8/21/2015 at 12:12pm |
| DOCUMENTS SERVED | Summons; Petition for Declaratory Judgment; Exibits A,B,C and Civil Cover Sheet; |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of August, 2015

Sworn to and subscribed before me
this 26 day of August, 2015

[Notary Seal: MARTHA L. RANGEL, NOTARY PUBLIC, EVANS COUNTY, GEORGIA, EXPIRES APRIL 9, 2016]

Notary Public
My commission expires: 4-9-20

*Robert Triplett*
**Robert Triplett**

63 Ayers Ave.
Marietta, GA 30060
770-499-8588
solutions@rgpas.com, www.rgpas.com



15-9153