UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) JAMES IRA CONEY; PLANTATION ) SWEETS, INC. et al., ) ) Defendants. ) | Case No. CV615-095 |

## ORDER

The Court having reviewed and considered the petitions of Michael J. Rust and David C. Sawyer of the law firm of Gray, Rust, St. Amand, Moffett & Brieske, LLP, 950 East Paces Ferry Road, Atlanta, Georgia 30326 for permission to appear pro hac vice on behalf of defendant Plantation Sweets, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael J. Rust and David C. Sawyer as counsel of record for defendant Plantation Sweets, Inc., in this case.

**SO ORDERED** this __21st__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA