IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

    CV 615-095

JAMES IRA CONEY, PLANTATION
SWEETS, INC., NARISCO O.
PEREZ, PEREZ FORESTRY, LLC,
and ROBBIE LOVETT,

    Defendants.

# ORDER

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case and **TERMINATE** all deadlines. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this 13th day of January, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA